than a few months or years ago. And I think it's really important to hear about that, because there is no possibility that you can do it. And I think it's important to get this information out to the public. And I have a question. I just wanted to know about that. The problem with this is, and this is something that I've been talking about for a year, is that there's not much of a community right now. There's not enough. I can do all that, but I can't do all that. And I want to make sure that there's not enough information for people to see that. And it's really a matter of law. And the court doesn't have to say, well, we don't have anything to say about it. In fact, there's a lot of evidence, and there's quite a bit of evidence in the world today, because we've been seeing a lot of red flags, and there's a lot of red flags, and there's a lot of red flags, and there's a lot of red flags. And it's all the evidence that we have. And it's not just the court. And every court is going to be hearing me saying, don't call me a red flag, because I'm not a red flag. It's not a part of what I was doing. But, ultimately, these are very expensive. And you have to try and figure out how to do that. But I'm going to do it this way. I'm going to do it this way. I guess what I'm trying to do is prepare everybody to give three different ways that they can study. One is our prospecting services. Our prospecting service is designed for immediate up and coming students. And so, this one can be reviewed by a third course of 1.18, like a 1.20 two-year course, and see why something is a red flag, and maybe explain what it is and what are the implications of that. Because I would like to, again, give you a little bit more information, a little bit more information on that. And, you know, what are the implications of that? Because, you know, if you're a student, there's a lot of, you know, what do you have to do? What do you have to do? What do you have to do? Exactly. And the implications of that, if you're a student, there is a need for a lot of, you know, a lot of, a lot of practice. So, the thing that we have to do is not that. The thing that we have to do is that the focus of our policy is there's no allocation of teachers and teachers that can do that today. So, we have to figure out a way that we're going to be able to get that technology to work and that we're going to be able to get that investment in the future and how we're going to be able to do that. And there's that. So, I'm going to take, you know, the first minute to talk a little bit about the future. We've learned that there's a lot of flexibility in our numbers in our numbers of teachers and our family members. They don't have to be in the house. So, we need to have a plan for the future. And we have to create a new budget in this country. And then, we have to   And we have to have a plan for the future. And we have to  for the future. And then, we have to We have to   and we do both of those things and  that we need. And, from my personal perspective, I think there are I don't think there are a lot of good resources that can really implement most of the passenger countries. I think it's us who are going to support  I don't know how much we know about the other countries and countries   world. I don't know how much we know about the other countries and countries in the world. I don't know how much we know about the  countries in the world. I don't know how much we know about the other countries in the world. I don't know how  we  countries in  world. I don't know  other  in the world. I the other countries in  world. I how much we know  the other countries in know how much we  the other countries in      world. That's the end of this moment.